FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2018

at 10 o'clock and 51 min. A M. CB
SUE BEITIA, CLERK

CHONG, NISHIMOTO, SIA,
　NAKAMURA & GOYA
A Limited Liability Law Partnership

ANN H. ARATANI    2766-0
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 537-6119
Facsimile No.:  (808) 526-3491

ORIGINAL

Attorney for Defendant
JAYAR CONSTRUCTION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JAYAR CONSTRUCTION, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENTAL AGENCIES 1-10, and DOE CORPORATIONS 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV16-00390 (LEK-KSC)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES;  AND ORDER<br><br><br><br>Settlement Conference:<br>Date:   Aug. 15, 2018<br>Time:   10:00 a.m.<br>Magistrate Judge: Hon. Kevin S.C. Chang<br><br><br><br>Trial Date:   November 20, 2018<br>Trial Judge: Hon. Leslie E. Kobayashi |

[2016352/#914281]

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AMERICAN ZURICH INSURANCE COMPANY ("Zurich") and Defendant JAYAR CONSTRUCTION, INC. ("Jayar"), by and through their respective undersigned counsel, to dismiss with prejudice all claims by Plaintiff Zurich against Defendant Jayar in the Complaint filed in the above-captioned action on July 12, 2016 [Ct. Doc. No. 1].

Each party further agrees and stipulates to bear its respective legal fees, experts' fees, consultants' fees, mediation fees, and all other fees, expenses and costs related to or arising out of the above-captioned action and the underlying worker's compensation claim.

This Stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* and Rule 41.1 of the *Local Rules of Practice for the United States District Court for the District of Hawai`i*.

There are no remaining claims and no remaining parties in the above-entitled action.

A jury trial is scheduled for November 20, 2018, at 9:00 a.m. [Ct. Doc. No. 56]

Counsel for all appearing parties have signed this Stipulation.

DATED: Honolulu, Hawai`i, Aug. 14, 2018.

_____
JARED A. WASHKOWITZ, ESQ.
Attorney for Plaintiff
AMERICAN ZURICH INSURANCE COMPANY

_____
ANN H. ARATANI
Attorney for Defendant
JAYAR CONSTRUCTION, INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*American Zurich Insurance Company v. Jayar Construction Inc.*, Civil No. CV16-00390 (LEK-KSC), United States District Court for the District of Hawai`i, "Stipulation For Dismissal With Prejudice of All Claims and Parties; and Order"